<u>**CLOSING**</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**SHANNON PEDERSEN, et al.,**

*Plaintiffs,*

v.

**NATIONAL COLLEGIATE ATHLETICS ASSOCIATION, et al.,**

*Defendants.*

**Civil Action No. 14-2544**

**ORDER**

**THIS MATTER** comes before the Court by way of Defendants National Collegiate Athletics Association ("NCAA") and Ameen Najjar's (collectively, "Defendants") motion to dismiss Plaintiffs Shannon Pedersen, Jaclyn Janicky, and Emily Cristaldi's (collectively, "Plaintiffs") Second Amended Complaint ("SAC").  Dkt. No. 45.  For the reasons articulated in the Court's accompanying opinion;

IT IS on this 24th day of November, 2015,

**ORDERED** that Defendants' motion to dismiss, Dkt. No. 45, is **GRANTED**; and it is

**ORDERED** that Counts 1, 2, 3, 4, 5, 6, and 8 are **DISMISSED WITH PREJUDICE**; and it is

**ORDERED** that Counts 7, 9, 10, and 11 are **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that the motion to dismiss filed by Defendants Kean University and Dawood Farahi, Dkt. No. 72, is administrative terminated.

This matter is now closed.

*/s Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**UNITED STATES DISTRICT JUDGE**